Jerry ATKINS v. STATE of Arkansas

696 S.W.2d 306

Supreme Court of Arkansas
Opinion delivered September 9, 1985

*Mark W. Corley,* for appellant.

*Steve Clark,* Att'y Gen., by: *Clint Miller,* Asst. Att'y Gen., for appellee.

PER CURIAM. Appellant, Jerry Atkins, by his attorney, has filed for a rule on the clerk.

His attorney, Mark W. Corley, admits that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases.*

A copy of this opinion will be forwarded to the Committee on Professional Conduct.

PURTLE, J., not participating.